February 22, 2022

Geoffrey Muessig

███████████

███████████████

Honorable Judge Schwab,

I am Daniel Muessig's father. I have been employed at PITT OHIO which is a successful Pittsburgh based company since 1988.  I have served as PITT OHIO's Chief Marketing Officer and Executive Vice President since 2008.

I understand that Daniel broke the law by engaging in a get rich quick scheme to distribute marijuana. That said I ask that you consider sentencing my son to a minimum mandatory sentence. Daniel is a non-violent offender and he has no prior criminal arrest history. In his private life Daniel is a kind hearted, generous, and peaceful person.

Based on a job opportunity at PITT OHIO my wife and I chose to move our family to the Squirrel Hill neighborhood in Pittsburgh in 1995. While growing up in Pittsburgh Daniel attended the University of Pittsburgh's Falk School and Taylor Allderdice.  While his grades were mediocre he never ran afoul of the school administration or was involved in any physical altercations with other students.

Daniel has grown up to be a well-spoken and peaceful man who gives back to his community. Over the years he has made many emotional deposits with his family as evidenced by the fact that no one in our family has turned their back on him during the past two years. On my wife and my side of the family Daniel is loved by his parents, brother, grandmother, aunts, uncle, cousins, and niece and nephew. He is equally loved and supported by my daughter in law's family.

I have no illusions that prison will rehabilitate my son. Daniel is an adult and any change for the good will need to come from within. Laura Boyarsky (Daniel's wife), Susan Buckley (my wife), and I are heartened by the fact that Daniel has sought to lead an upright and honorable life since May 2019.

Please consider sentencing Daniel to a minimum mandatory sentence and thereby give him the best opportunity to emerge from prison to engage in an honorable and lawful life surrounded by his loving and supportive family.

Respectfully,

Geoffrey Muessig

February 22, 2022

Susan Buckley



Honorable Judge Schwab,

I am writing to ask you to consider the minimum mandatory sentence regarding my son, Daniel Muessig. Daniel is deeply loved by his family and friends. He is equally gracious to his ninety year old Bubba and the younger children in our family who seek to throw a baseball or play a board game with him. He is an integral member of our family and his absence will be heartbreaking.

Daniel treats everyone with dignity and respect. He and his wife serve the community by delivering food to the elderly. I know that Daniel wants to live a peaceful and constructive life as he has proven by his actions during the past few years.

Thank you for your time and consideration.

Respectfully,

Susan Buckley

The Honorable Judge Arthur J. Schwab

Sr. Judge, Western District of Pennsylvania         02/15/2022

Dear Judge Schwab,

Our son-in-law is Daniel Muessig. We have known Daniel for over 19 years from the time he started to date our youngest daughter Laura. Daniel has always been a welcome member of our family. He is always respectful of us and to our daughter and other 3 adult children and grand children our family. Daniel has visited our family often and always is present on holiday celebrations. We have also often enjoyed visiting with Daniel and Laura at their home in Pittsburgh Pa. In Pittsburgh we always visit the Carnegie museums and botanical garden with Daniel and Laura. Daniels parents have entertained us at their home in Pittsburgh on many occasions. We have had numerous enjoyable conversations over the years. Daniel Muessig's family are well educated and very kind people. Daniel is one of the most intelligent and socially minded people we have ever known. He is a history buff as well. Daniel Muessig is kind and thoughtful of everyone! Daniel is and remains friends with many people regardless of race, religion or economic status. As we walk around Pittsburgh Daniel is often greeted by friends. Daniel is always giving of his time and support to those in need. You can't possibly know anyone that would be as caring and loyal as Daniel Muessig. Daniel and our daughter Laura have been volunteering and delivering meals every week since 2019 to the elderly and invalid Jewish community in need in Pittsburgh. We are aware that Daniel made a great mistake in being misguided and envolved in the trade of marijuana in 2019. We also know Daniel was very ill with Diverticulitis and wearing a colostomy bag that disabled him from doing his work as an attorney. Daniel Muessig has not engaged in any illegal activity since 2019. In 19 years of knowing Daniel we always understood Daniel to never use any alcohol, not even on holidays. Daniel and Laura were in the process of adopting a child and had a home study completed, but sadly they had to discontinue the process when he was charged in 2021. Daniel is and always will be an upstanding man. We are requesting that you be as lenient as possible in sentencing Daniel to any time he must serve, and to the most appropriate minimal security federal camp.

Sincerely,

*Jeffrey M. Boyarsky*   *Diane M Boyarsky*

Jeffrey and Diane Boyarsky,

Please do not hesitate to contact us if you have any questions.

1

Sara Boyarsky



February 9. 2022

The Honorable Arthur J. Schwab, Senior District Judge, Western District of Pennsylvania,

Your Honor, I am writing to urge leniency in the sentencing of my family, Daniel Muessig.

I have known Dan for nearly 20 years, and he has been a part of my family for 9 of them. He and I are both aware of the gravity of the crime he was convicted of, but it is still hard for me to wrap my head around. This is not the man I know, and I'd like to provide you a perspective that shows that he is more than the sum of his actions on the day he committed the crime.

Dan volunteers his time every Monday to Mollie's Meals and gives back to the community of Pittsburgh he has grown up in and loves so very much. No one speaks more passionately and proudly of the city of Pittsburgh than Dan.

I know first-hand that Dan regrets the events of the incident, and he has and continues to strive to be a better person. He is continuing to do all that is in his power to become more self-aware and in control of his actions and reactions.

As you know, this is not only Dan's first conviction, but his first offense. Given his otherwise clean record, as well as his close ties to the community, I strongly believe that a lesser sentence is most appropriate in this situation.

Sincerely,

*Sara Boyarsky* (signature)

Sara Boyarsky

Honorable Judge Arthur J Schwab
Senior Judge, US District Court
Western District of PA

Your Honor,

I am writing to humbly request that Daniel Muessig receive the lowest sentence possible in his federal trial.

I first met Daniel while I was a graduate student in economics at Carnegie Mellon University.  Dan and I were introduced by a mutual friend when I was experiencing a landlord-tenant dispute.   I lacked the financial means to obtain legal representation, or any knowledge of the legal system, but was equipped with a strong conviction that the law was on my side.   At the time, Daniel was studying for his JD at Pitt and despite being immersed in final exams, he spent many hours helping me prepare and refine my legal responses.  I ultimately won all judgments in my favor despite facing a daunting opponent.  Although the stakes were fairly small in nominal terms, the consequences for my own life were tremendous, and played no small role in allowing me to complete my graduate degree in economics and public policy.  This outcome was only possible because Daniel decided it was worth taking the time to help a complete stranger with no other recourse.  This reveals what I believe is Dan's genuine optimism and passion for creating more just and equitable outcomes in society.  It was immediately evident that was his primary motivation for entering the legal profession.  I humbly submit that Dan's innate talents and knowledge are best used serving civil society for as long as possible..

Thank you for your consideration,

Respectfully,
Selvan Kumar

Cherise Krug

February 21, 2022

Honorable Arthur J. Schwab
Senior District Judge, Western District of Pennsylvania
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: Daniel Buckley Muessig

Your Honor:

I am writing to urge leniency in the sentencing of Daniel Muessig.

I have known Dan for more than 15 years. We first met when he and his now-wife Laura Boyarsky were dating and living in Philadelphia. Laura (who has been my friend since seventh grade) is like a sister to me, and Dan has become like a brother-in-law. He is one of the most intelligent, informed, and cultured people I've ever known.

Over the years, I have traveled to Pittsburgh to visit Dan and Laura several times, and I have seen them during their trips to New Jersey. I attended their wedding ceremony in New Jersey and wedding party in Pittsburgh in 2013, and they attended my wedding in 2017. When my youngest brother unexpectedly passed away in March 2019, Dan and Laura arrived within days to support me and my family. Dan is an incredibly caring person who looks out for his friends and family and who can put people at ease in any environment.

I am aware of the charges Dan has pleaded guilty to, and I know there is so much more to him than what this indictment seems to indicate. Dan's work to change his life and improve his community through volunteer work are evidence of his integrity. He has always accepted responsibility for his actions and never tried to make excuses or shirk from the consequences. I have confidence that he will spend the rest of his life striving to atone for these charges, and granting him the minimum sentence allowable by law will permit him to resume his contributions to society as soon as possible.

It is my sincere hope that the court takes the words of Dan's friends and family into consideration at the time of sentencing. Those of us who are lucky enough to know him can attest that, despite the current case, Dan is an honorable individual, an asset to the community, and a well-rounded human being.

Please do not hesitate to contact me if you have any additional questions. Thank you for your time and consideration.

Sincerely,

Cherise Krug

**Lisa Augustine**

| | |
|---|---|
| From: | |
| Sent: | Wednesday, February 23, 2022 12:19 PM |
| To: | Lisa Augustine |
| Subject: | Fwd: Daniel Muessig |



Your Honor,

I am writing this email to respectfully request your consideration in sentencing my cousin Daniel Muessig to the lowest possible sentence allowable by law. Having known Daniel my entire life, I can attest that since the events that occurred related to his indictment, he has taken complete responsibility for his actions, sincere steps towards reform in his life, and shifted his focus towards being a positive beacon in his community of Squirrel Hill, PA.

To add more depth to the man that Daniel Muessig is I will share that if it wasn't for him, I wouldn't be where I am today. To provide context, without his support I wouldn't have been able to afford my college tuition and become the first man in my father's family to graduate with a postsecondary degree. Daniel supported me during a time when I was undergoing significant financial constraints in pursuit of my education and was not yet able to stand on my own two feet. Daniel supported me by funding my college tuition so that I could have the opportunity to earn the credentials I needed to earn an honest living, support my loved ones, and become a contributing member of society. My dream was realized because of him.

Today I currently work as a Program Manager for the non-profit organization Year Up New York-New Jersey, a workforce development program that provides free training and college credits to students in underserved communities all over the country. I have the opportunity to live my purpose every day by paying forward that same spirit of support that my cousin has always shown me. Daniel is a protector, a mentor, an artist, an entrepreneur, a loving husband, brother, uncle, son, and a man who is proud of the greater Pittsburgh community. I know if given the grace to serve the minimum sentence allowable by law, he will use the opportunity to truly atone for his offenses and return to his family and community as a reformed man.

In closing, I want to express my understanding of your role as Senior District Judge in deciding the appropriate sentence. I know for certain during this process that Daniel has stepped forward by immediately accepting consequences for his actions and wholeheartedly intends to honor his obligations to the court, state, and our country. I ask sincerely that you please keep this in mind as a strong reason to administer the lowest possible sentence allowable by law in his case. Thank you for your consideration and for taking the time to read this message.

Sincerely,
Drew Marley

# ALISON MOLNAR

February 12th, 2022

Honorable Arthur J. Schwab
Senior District Judge
Western District of Pennsylvania

Honorable Judge Schwab:

I am writing to you on behalf of Daniel Muessig. Respectfully, I am appealing to you to consider offering him the lowest sentence allowed by law.

A little bit about myself: I'm a data scientist, working with highly sensitive Department of Defense data. It is my business to notice change over time, to show trends in data, and to provide trustworthy analysis to my peers and our clients regarding supply chain risk within the national security sector. I pride myself on doing this work with integrity, and with the requisite lack of bias for scientific analysis; I hope my experience in doing so provides you with a measure of confidence that I mean what I say when I write to you and attest to the strength of Daniel Muessig's character.

Allow me to establish a baseline for my own analysis: historically, the Daniel Muessig I have always known is a respectful, kind, thoughtful, and generous person and neighbor. I've known Dan and his wife, Laura, for over ten years. Over that period of time, Dan has consistently embodied these values and has shown himself to be a true friend. Aside from my own experiences, I have seen him maintain myriad friendships garnered through his close connections with various facets of Pittsburgh's creative community. I can confidently say that the strength of Dan's character, in the years that I have known him, has trended upwards; I am privileged to have witnessed him becoming an upstanding member of his community and a devoted husband to his wife and my friend, Laura. When I went through a difficult situation with an out of control ex-partner, Dan provided ad hoc legal advice, a stern letter advising this person of my position in this matter, and most importantly, a shoulder to cry on and a sympathetic ear. Dan is always doing something for others, from ensuring that his friends and family are supported and happy, to unofficially mentoring young musicians and future lawyers, to delivering meals to isolated elderly members of Pittsburgh's Jewish community throughout the COVID19 pandemic.

Dan's growth over time, both before and after his legal troubles began in 2019, show me that he is a person committed to improving himself and the lives of those around him, even in light of changing circumstances, personal struggle, and global unrest. I am steadfast in my belief that Dan will serve his time meaningfully, considering the weight of his actions, and will serve as a model for other people who are incarcerated and looking to improve their own circumstances.

Again, I ask you to please consider granting Dan the lowest sentence allowed by law. It is my strong belief, supported by over 10 years of data, gathered from time spent with Dan in various settings, that his growth will continue to trend upwards and that his actions going forward will reflect gratitude for the grace provided to him in this scenario.

Sincerely,

Alison Molnar

February 9th, 2022

Dear Honorable Arthur J. Schwab, Senior District Judge, Western District of Pennsylvania,

I am writing on behalf of Daniel B. Muessig and to attest to his character and honor. Daniel has always been a champion of those overlooked by society and those fighting just to survive. Daniel is one of the rare few, and while we all make mistakes, Daniel has always been a fighter for those who need a voice. We have all made choices that we eventually regret, but I have known Daniel for years and he has always kept a forward world view. Daniel has made great strides in the years since his missteps and tried to change his life up after the raid in 2019 and accepted responsibility immediately after indictment. I think it is important to recognize that he has a valuable place in society and has made internal atonement for his missteps. In that light, I implore you to implement the lowest possible sentence for his crimes. I am confident that he will return to society with the power and voice that can change more lives than would be if he is removed from society. Daniel is an upstanding man and has a powerful voice that if properly coached can change many more lives than it can hurt. I urge you to consider this as he has been a leader in a challenged community for more years than I have known him. In all respect, I know you are an understanding man and will use careful and thoughtful judgement when issuing Daniel his sentence. Please consider the long-term positive impact that can be gain by using Daniel rather than removing him from the great work he can do from here into the future.

Sincerely,

Dominic Cincotta

General Manger- 3 Rivers Outdoor Company

Owner- CoStar Brewing

Owner- Hemlock Supply Company

Consultant- Alcoa/A.C. Coy

February 23, 2022

From: Benjamin Feldman



To: The Honorable Arthur J. Schwab
Senior District Judge
Western District of Pennsylvania

Re: The Sentencing of Daniel B. Muessig

Dear Judge Schwab,

I am writing to you to speak to the character of my old friend Daniel Muessig and to respectfully request that you grant him whatever leniency is allowable by law. I understand that he has pled guilty to a charge with a mandatory minimum sentence, and while I am genuinely upset to think of my friend going to prison, I accept that this is reality, and am not making a plea against it. I am only asking that you use whatever discretion you have at your disposal to minimize the trauma of imprisonment for Dan and his family and frends.

I have known Dan for more than 25 years. In high school we were fast friends, both voracious readers with vivid imaginations and lots of dreams. Our lives took different paths from there – I moved to Canada and became an architect; he pursued a career in music and then law. Things worked out a bit more "according to plan" for me – I settled into a design career and had kids – while Dan's pursuit of music was harder and eventually needed to be abandoned so that Dan could devote himself to finding a more secure path for himself and his family. He tried a career in law, but I think it was a struggle for him from the beginning. He has an artist's mind, free-flowing and capable of great beauty, and I think the rigor and structure of the legal profession was not a good fit. I don't really know the details of what happened after that, or what led to this sad point in his life, but I'm sure it was motivated by his desire to provide for his family after hitting hard walls in his previous attempts.

Dan and I stayed in touch and saw each other many times over the years. We continued to talk about books we'd read and places we'd travelled. We amiably argued about politics and history and art and music. He was kind and welcoming to my wife every time they met, and he often asked after my children. He's a good friend, and a good man. I'm glad I know him.

If the primary purposes of justice are (as I hope they are) the protection of the public and the rehabilitation and reform of the offender, I strongly believe that on both counts there is nothing to be gained through Dan's prolonged imprisonment. He has no record of prior offenses and is and always has

been a thoroughly non-violent person. He abandoned any involvement with drugs and fully changed the path of his life in the two and half years since the day of his crime. He seems to have found a new balance in his life, and if it wasn't for the horrible stress of this pending sentence, I would think he'd be in a good place personally now. There is little risk of him returning to the life he had in 2019, and even less risk of him somehow being a threat to public safety. A lengthy stay in prison will cause him and his family great pain and will close down many prospects Dan might have for a better future. It will do nothing to set him on the right course – he's already walking that path. It will do nothing to protect the public – we don't need protection from a generous and peaceful man like Dan.

I don't know whether these words will mean much to you, Your Honor, but I want you to hear them nonetheless. Leniency in Dan's case *is* fairness, and I deeply hope that for his sake, for his family's sake, and for all of our sakes, you do whatever you can to minimize the time he is taken from us.

Yours, with respect and sincerity,


Benjamin Feldman

February 10, 2022

The Honorable Arthur J. Schwab
Senior District Judge
Western District of Pennsylvania

To the Honorable Arthur J. Schwab,

I am writing regarding the sentencing of Daniel Muessig. As someone who has known Dan for more than a decade, I am asking you to consider the most minimal sentence possible for the transgressions for which he has accepted accountability. I am a longtime resident of the City of Pittsburgh, my chosen home, and am respected in my community as an advocate for mental health as well as a fundraiser for charitable efforts.

I first met Dan about 12 years ago. My boyfriend Ryin (now husband) and I were moving out of our apartment and needed people to help. Money was scarce, and there was no possibility to hire movers. I am sure we can all remember those moments in our early 20s when we were doing our best and needed help. Dan had recently moved back to Pittsburgh from Philadelphia and was one of only two friends who showed up to lend (several) hands. The moment I met him I was astounded by his kindness, friendship, and purpose to support the people he cares about.

As I got to know Dan, what I came to love most was his humor. The man can make a quiet statement without fanfare and send the room into stitches laughing. He is smart, and witty, and his humor is sometimes dry and satiric. Dan has always used absurdity to procure laugher. The best kind of laughter. I told Ryin 10 minutes after I met Dan that he was welcome in our home any time, because he was so funny, smart, and polite.

Dan has been an asset to our community. In his real-estate work he has flipped properties in highly gentrified neighborhoods for affordable housing. He understands the inherent value of people in our community and the vital role they play in our city's wellbeing.

I was surprised by the extent of the charges against my friend Dan. I am not at all surprised that he has accepted accountability for his actions. It is absolutely in his character to be accountable for what he has done without blame for anyone else.

The most challenging experience I have as a mother is extolling punishment for my daughter's bad behavior. I always begin by asking myself – has she caused harm? Does she know that she has done wrong? Dan accepts that he broke the law. He is remorseful for it. He has no prior offenses and is facing your judgement with a non-violent crime. As someone in this community who has seen and felt what this man's kindness can do, I respectfully ask you to be lenient in your decision. The best outcome is that Dan be changed by this experience (which I know he is) and be free to be fully part of our community to the greatest extent the law provides.

With kind regards,

Kathleen McGuire Gaines

# Jodi Ann Gill, Esq.

███████████

February 20, 2022

To Whom It May Concern:

Please accept this letter as my support for Daniel Muessig. I have had the pleasure of knowing Dan for approximately ten years. Writing this letter is one of the most difficult things I have had to do as a lawyer, but, more importantly, as a friend.

I met Dan through several mutual friends, and we immediately had a connection. We both entered the legal field with passions for criminal justice and criminal justice reform. We wanted to provide competent and vociferous representation for people irrespective of their financial status. To that end, I helped Dan prepare for the Pennsylvania Bar Examination. He was an excellent student with an unparalleled analytical mind often spotting nuances missed by others preparing for the exam.

In 2017, I relocated to Beaver County to care for my elderly father, and I unfortunately lost frequent contact with Dan and our friends. We reconnected this Summer after the death of our friend who was also connected to this case. This case has tragically led to multiple deaths and has broken many hearts and families. Imposing severe sanctions on Mr. Muessig will only lead to more tragedy.

My research and community service revolve around restorative justice. I teach criminal justice at Penn State Beaver, and I serve on the Boards of Directors of Renewal, Incorporated, the Foundation of Hope, and ACAR (Allegheny County Anchored Reentry). Thus, I am not just writing this letter as his friend, I am writing this letter as someone who has dedicated her professional and philanthropic endeavors to preventing recidivism and restoring communities. I am confident in my assessment that Mr. Muessig is an ideal candidate for such rehabilitative and restorative opportunities.

Dan accepts responsibility for his conduct. He has not deflected responsibility to others. He did not engage in any violent behavior. His medical history is extensive and should be considered with regards to his conduct and his sanctions. I fervently believe he will not engage in any such conduct in the future. Lastly, as stated, I also believe he is in a unique position to authentically help others impacted by the criminal justice system. I implore you to consider the positive work he can do if given the opportunity. I would be honored to supervise him in such efforts.

Respectfully submitted,
Jodi Ann Gill, Esq.

James Hesky

The Honorable Arthur J. Schwab
Senior District Judge
Western District of Pennsylvania

Your Honor,

I am writing to ask that you give Daniel Muessig the shortest sentence under the guidelines for his case.

I have known Daniel for 25 years. First as the older brother of a childhood friend, then as a musician, and finally as someone I reconnected with online as an adult thanks to social media.

Daniel reached a high level of success in the local music scene at a young age, and he wasn't afraid to use that clout to make sure younger guys like me were taken care of. It made being an awkward teenager just a bit easier, and I'll always think of that as who Daniel is at his core.

In speaking with Daniel more recently, no one is more aware than he is of how his actions have brought him here, and how he now must face serious consequences for those actions. But in the years between his arrest and indictment, he started a successful real estate business and showed how he can use his skills and work ethic to be a productive member of society. That is also who Daniel is.

It is my hope that Daniel can serve his time, return home, and return to his family and community building on what he has done since 2019. I think we can still get a lot of time with that best version of Daniel Muessig.

Thank you for your consideration.

Sincerely,

James Hesky

Mitzi Flowers Wall

February 12, 2022

The Honorable Arthur J. Schwab
Senior District Judge
Western District of Pennsylvania

Your Honor:

My name is Mitzi Flowers Wall. I am a retired Contracting Officer with The Department of the Army with 35 years of federal service.

I met Daniel Muessig through our mutual volunteer work with advocacy groups which support the families and inmates of those incarcerated for non violent cannabis offenses. An example of support I have personally witnessed Daniel provide is helping families navigate the Bureau of Prisons internal procedures and connecting their loves ones to licensed attorneys who work with them pro bono. I have seen Daniel advocate for inmates by raising funds for those incarcerated who have no monetary means to purchase daily essential items from the commissary. What has been impressive to me is that is has been done silently and behind the scenes. This is a true sign of integrity and character not to mention selflessness. He asked for no credit and certainly not a penny in remuneration.

Daniel has spent countless hours with my family helping us personally navigate the prison system. I am the mother of a first time, non violent cannabis offender. It is evident on a daily basis the remorse Daniel feels for the pain he's put his lovely wife, Laura, his mother, father and brother through. It has taken a tremendous toll on his mental and physical health. I have seen him deteriorate on a weekly basis as he tirelessly advocates for others in similar circumstances.

I know that Daniel comes from a loving family which will no doubt provide him the emotional support that he requires when he returns home. For my part, I will be eternally grateful to have him back on my team of volunteers making a difference in the lives of non violent prisoners. I ask you respectfully, to return Daniel home to his wife, mother and father as soon as legally allowed. This is a man who is going to make a difference in this world because of his sincere remorse for the pain he has caused himself and others.

Sincerely,

Mitzi Flowers Wall

# Lisa Augustine

**From:** 
**Sent:** Wednesday, February 23, 2022 12:19 PM
**To:** Lisa Augustine
**Subject:** Fwd: Character Letter



---
Sean McGarril

February 18, 2022

Re: Daniel Muessig

To: The Honorable Judge Arthur J Schwab,

I am writing to attest to the character of Daniel Muessig, who I have known for 12 years as a friend and musical collaborator. I first met Dan while he was a guest on a radio program I produced. Over time we developed a friendship which I value greatly, and with that in mind I ask you today to consider leniency when imposing his sentence.

Dan is very disciplined. As a musical collaborator he is a professional; on time, prepared, and always expecting excellence from himself and others. As a friend he is generous and loyal. I could always rely on him to recommend the path of integrity, and in times of uncertainty I would often seek his counsel. It has come as no surprise that he's taken ownership of his actions, and has made no attempt to shirk the consequences.

While I'm aware of the serious nature of the crimes Dan has been convicted of, I again ask you to consider leniency. He has all the tools necessary to make a positive contribution, and his actions in recent years show me that he's committed to applying that same dedication and integrity to a new life. I think Dan has much more to give.

Thank you for your time and attention,

Sean McGarril