Index of Photographs[1] in Exhibit A to United States' Sentencing Memorandum

1. Front door
2. Vacuum sealed marijuana
3. Vacuum sealed marijuana
4. Black garbage bags with marijuana (used to distribute to customers, including J. Eck)
5. Basement – boxes containing marijuana
6. Rigid Containers, containing black garbage bags of marijuana
7. US currency
8. US currency
9. Black Garbage bags
10. Packaging materials, including green tape to identify strain of marijuana
11. Packaging materials, including green tape to identify strain of marijuana
12. Vacuum sealed marijuana
13. Vacuum sealed marijuana
14. Vacuum sealed marijuana
15. Money counters
16. Box of 24 lbs of marijuana
17. Box of 22 lbs of marijuana
18. Box of 22 lbs of marijuana
19. Box of 22 lbs of marijuana
20. Box of 22 lbs of marijuana
21. Box of 24 lbs of marijuana
22. Closeup of black garbage bag 8 containing 25 lbs of marijuana
23. Closeup of black garbage bag 9 containing 27 lbs of marijuana
24. Closeup of black garbage bag 10 containing 26 lbs of marijuana
25. Closeup of black garbage bag 11 containing 12 lbs of marijuana
26. Closeup of carboard box 12 containing 19 lbs of marijuana
27. Closeup of carboard box 13 containing 22 lbs of marijuana
28. Closeup of carboard box 15 containing 24 lbs of marijuana
29. Closeup of black garbage bag 16 containing 13 lbs of marijuana
30. Closeup of Rigid container with black garbage bags containing marijuana
31. Closeup of black garbage bag 17 containing 15 lbs of marijuana
32. Closeup of black garbage bag 18 containing 19 lbs of marijuana
33. Closeup of black garbage bag 18 containing 17 lbs of marijuana
34. Closeup of black garbage bag 20 containing 10 lbs of marijuana
35. Folder containing US currency

---

1. These are only an excerpt of photographs taken during the search.












SUBJECT TO PROTECTIVE ORDER
GOVT_19-163_000131



SUBJECT TO PROTECTIVE ORDER
GOVT_19-163_000134


SUBJECT TO PROTECTIVE ORDER

