











GOVT_19-163_000143




SUBJECT TO PROTECTIVE ORDER	GOVT_19-163_000147



