



SUBJECT TO PROTECTIVE ORDER

GOVT_19-163_000151

| Field | Value |
|---|---|
| Date: | |
| Case #: | |
| Item #: | 16 |
| Address: | |
| Room label: | E |
| Where found: | right side of room |
| Item Description: | Bag 8 of suspected 25lbs marijuana |

**FBI EVIDENCE**

GOVT_19-163_000158



SUBJECT TO PROTECTIVE ORDER


SUBJECT TO PROTECTIVE ORDER



FBI EVIDENCE
Date:
Case #:
Item #: 19
Address:
Room label: E
Where found: back wall on shelf
Item Description: Bag 11 suspected marijuana
12 lbs

GOVT_19-163_000161



FBI EVIDENCE

Date:
Case #: 25
Item #:
Address: H
Room label: center of room
Where found:
Item Description: Box 12 suspected marijuana 1960s

Recovered by:
Observed by:

SUBJECT TO PROTECTIVE ORDER
GOVT_19-163_000162

**FBI EVIDENCE**

Date:
Case #:
Item #: 26
Address:
Room label: H
Where found: middle of room

Item Description: Box 13 suspected marijuana 22lbs

Recovered by:
Observed by:

SUBJECT TO PROTECTIVE ORDER GOVT_19-163_000163

